**Order filed September 13, 2012**



In The

# 𝔉ourteenth Court of Appeals
_____

NO. 14-12-00274-CR
NO. 14-12-00275-CR
_____

**NATHAN GOODWIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause Nos. 10CR1699 & 10CR1700**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 7, a DVD.**

The clerk of the 212th District Court is directed to deliver to the clerk of this court the original of **State's Exhibit 7, a DVD**, on or before **September 28, 2012.** The clerk of

this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of **State's Exhibit 7, a DVD**, to the clerk of the 212th District Court.


PER CURIAM